UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEON KENNEDY,

       Plaintiff,                        Case No. 17-11867

v.                                  Honorable John Corbett O'Meara

ALLSTATE INSURANCE COMPANY,

       Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE PATTI'S MAY 23, 2018 REPORT AND RECOMMENDATION, IMPOSING SANCTIONS AND DISMISSING CASE WITH PREJUDICE

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(E.D. Mich. March 1, 2010), has reviewed Magistrate Judge Anthony P. Patti's May 23, 2018 Report and Recommendation. Plaintiff did not file an objection to it; however, Defendant filed a concurrence to the Report and Recommendation June 1, 2018.

After conducting a *de novo* review, the court hereby **ORDERS** that Magistrate Judge Patti's thorough and well-supported Report and Recommendation is **ADOPTED** in its entirety.

It is further **ORDERED** that **THOMAS QUARTZ**, Plaintiff's former counsel, is **SANCTIONED** in the amount of $7,500.00, which is to be paid to the Clerk of the Court within 30 days of this order.

It is further **ORDERED** that **THOMAS QUARTZ**, Plaintiff's former counsel, is **ORDERED TO CERTIFY AND ATTACH PROOF OF HIS ATTENDANCE**

at the Eastern District of Michigan Chapter of the Federal Bar Association's next seminar for new attorneys, held annually in this court each December, before he may appear in any additional cases before this court.

It is further **ORDERED** that defendant Allstate Insurance Company's motion to dismiss is **GRANTED;** that the matter is **DISMISSED WITH PREJUDICE;** and that Defendant is **AWARDED** its costs and attorney's fees incurred with having to bring the motion to dismiss, an amount separate and apart from any other sanctions awarded by this court.

It is further **ORDERED** that a copy of this order be **SERVED** by mail upon **THOMAS QUARTZ**, Plaintiff's former counsel, as he is no longer counsel of record in this case.

s/John Corbett O'Meara  
United States District Judge

Date:  June 14, 2018

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 14, 2018, using the ECF system and/or ordinary mail.

s/William Barkholz  
Case Manager